UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO.   1:20-mj-0401 |
| ) | |
| TONY CUSHENBERRY-MAYS, ) | - 01 |
| Defendant. ) | |

**COURTROOM MINUTE FOR MAY 7, 2020**
**HONORABLE TIM A. BAKER, MAGISTRATE JUDGE**

The parties appear for a preliminary and detention hearing.   Defendant appeared in person and by FCD counsel Dominic Martin and Joseph Cleary.   Government represented by AUSA Jayson McGrath and AUSA Peter Blackett.   USPO represented by Courtney Ratzlaff.

Defendant orally waived his right to physically appear for his detention hearing in the courtroom and consented to appear via videoconference from the Marion County Jail.

Preliminary hearing held.

Court took judicial notice of the Complaint and attached affidavit.   [Dkt. 2.]

Testimony presented.   Arguments presented.

Court found probable cause.

Detention hearing held.

Exhibit 1 (PS3) admitted without objection.

Evidence proffered.   Argument presented.   Court grants the government's oral motion for pretrial detention and orders the defendant detained pending trial.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date: 5/7/2020

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

all ECF-registered counsel of record via email generated by the court's ECF system